In the Matter of the Application of MAX GLUCK, Appellant, for a Mandamus Order against WILLIAM GORHAM RICE and Others, etc., Constituting the State Civil Service Commission of the State of New York, and Others, Respondents.— Order denying motion for peremptory order of mandamus reversed on the law, with ten dollars costs and disbursements. Peremptory order of mandamus, in accord-

ance with the notice of motion therefor, granted, with fifty dollars costs. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur. [147 Misc. 327.]